```
 1  JOHN JENKINS
    P.O. Box 885454
 2  San Francisco CA 94188
    Telephone:    (415) 640-3933
 3
    JOHN JENKINS, In Pro Per
 4
```

**FILED**

JAN 2 6 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JENKINS, | ) | No. C-05-2946-CRB |
| Plaintiff, | ) ) | **PLAINTIFF'S SUBSTITUTION OF COUNSEL IN A CIVIL CASE; ORDER** |
| v. | ) ) | **[Jury Trial Demanded]** |
| CALIFORNIA FEDERAL LOAN ASSOC., BERKELEY FEDERAL BANK AND TRUST, also known as "OCWEN FEDERAL BANK", GWEN BROADWAY, TERESA RICHARDSON, GOLDEN STATE REALTY, also known as "PACIFIC INTERNATIONAL PROPERTIES, INC.", COMMONWEALTH LAND TITLE INSURANCE COMPANY, INC., DAVID BURCHARD, EDWARD WALSH, TRANSAMERICA TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE COMPANY, CALIFORNIA TRUST DEEDS, INC., DOOR TO DOOR STORAGE, INC., and DOES 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff John Jenkins, *in pro per*, hereby submits his substitution of counsel in this civil case, replacing himself and retaining an attorney admitted in the Northern District of California.

PLAINTIFF'S SUBSTITUTION OF
COUNSEL IN A CIVIL CASE; ORDER
*Jenkins v. Calif. Federal, et al. (No. C-05-2946-CRB)*      - 1 -                                      P012.SUBST

Plaintiff's new counsel is **Russell A. Robinson**, Law Office of Russell A. Robinson, 345 Grove Street, First Floor, San Francisco CA 94102, 415.255.0462.

I consent to the above substitution.

Date: January 21, 2006

JOHN JENKINS, *In Pro Per*

I agree to represent Plaintiff John Jenkins in this matter and certify that I am admitted to the Northern District of California.

Date: January 24, 2006

Russell A. Robinson, SBN 163937

I agree to cease acting as my own attorney in this matter upon entry of the order granting this request.

Date: January 21, 2006

JOHN JENKINS, *In Pro Per*

### ORDER

Good cause appearing, it is hereby ordered that John Jenkins shall no longer be acting as his own counsel. Instead, the request for the above substitution is granted and Plaintiff's new counsel is Russell A. Robinson, Law Office of Russell A. Robinson, 345 Grove Street, First Floor, San Francisco CA 94102, 415.255.0462.

**IT IS SO ORDERED.**

Date: January 26, 2006

HON. CHARLES R. BREYER
United States District Court, ND Cal.