1  SHARTSIS FRIESE LLP
   ZESARA C. CHAN (Bar #136302)
2  ERICK C. HOWARD (Bar #214107)
   One Maritime Plaza, 18th Floor
3  San Francisco, California  94111-3598
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922

5  Attorneys for Defendants
   COMMONWEALTH LAND TITLE
6  INSURANCE COMPANY AND
   TRANSNATION TITLE INSURANCE
7  COMPANY (mistakenly named as
   TRANSAMERICA TITLE INSURANCE
8  COMPANY)

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 JOHN JENKINS,                              )   No.  C 05-2946 CRB
                            Plaintiff,        )   (Related to Case No. 01-2568 CRB by Order
14                                            )   dated January 3, 2006)
         v.                                   )
15                                            )   [PROPOSED]
   CALIFORNIA FEDERAL LOAN ASSOC.,            )   ORDER PURSUANT TO
16 BERKELEY FEDERAL BANK AND TRUST,           )   STIPULATION TO EXTEND TIME TO
   also known as "OCWEN FEDERAL BANK,"        )   RESPOND TO CORRECTED FIRST
17 GWEN BROADWAY, TERESA                      )   AMENDED COMPLAINT
   RICHARDSON, GOLDEN STATE REALTY,           )
18 also known as "PACIFIC INTERNATIONAL       )   Corrected First Amended
   PROPERTIES, INC.," COMMONWEALTH            )      Complaint Filed:  December 20, 2005
19 LAND TITLE INSURANCE COMPANY, INC.,        )
   DAVID BURCHARD, EDWARD WALSH,              )
20 TRANSAMERICA TITLE INSURANCE               )
   COMPANY, FIDELITY NATIONAL TITLE           )
21 INSURANCE COMPANY, FIRST AMERICAN          )
   PROPERTY AND CASUALTY INSURANCE            )
22 COMPANY, CALIFORNIA TRUST DEEDS,           )
   INC., DOOR TO DOOR STORAGE, INC., and      )
23 DOES 1-100,                                )
                            Defendants.       )
24

25        WHEREAS, on or about December 20, 2005, plaintiff John Jenkins ("Plaintiff") filed a

26 Corrected First Amended Complaint for Damages and for Injunctive Relief in the above-captioned

27 action ("First Amended Complaint");

28        WHEREAS, on June 2, 2006, Plaintiff claims to have properly served defendants

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3598

1    Commonwealth Land Title Insurance Company and Transnation Title Insurance Company

2    (apparently mistakenly named as Transamerica Title Insurance Company) (collectively, the "Two

3    Title Companies");

4          WHEREAS, counsel for the Two Title Companies, has raised certain alleged defects and

5    challenges to proper service on the Two Title Companies;

6          WHEREAS, the parties to this Stipulation seek to resolve the disputes regarding service on

7    the Two Title Companies and extend the time for the Two Title Companies to respond to the First

8    Amended Complaint;

9          Pursuant to Local Rules 6-2 and 7-12 and the matters stated herein, the parties, by and

10   through counsel, hereby stipulate and jointly request as follows:

11         1.      Counsel for the Two Title Companies shall and hereby does accept service on

12   behalf of the Two Title Companies for the purposes of the above-captioned action effective as of

13   June 19, 2006;

14         2.      Counsel for Plaintiff on behalf of Plaintiff shall hereby allow the Two Title

15   Companies an additional thirty (30) days to answer or otherwise respond to the First Amended

16   Complaint in addition to the time allowed under Federal Rule of Civil Procedure 12;

17         3.      There have been no previous time modifications requested by these Defendants in

18   this action, either by stipulation or order of the Court;

19         ///

20         ///

21         ///

22         ///

23         ///

24         ///

25         ///

26         ///

27         ///

28         ///

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3598

Case  No.  C  05      [PROPOSED] ORDER PURSUANT TO STIPULATION TO EXTEND TIME TO
2946 CRB                      RESPOND TO CORRECTED FIRST AMENDED COMPLAINT

1      4.      This Stipulation does not modify the dates initially set under the Order Setting

2  Initial Case Management Conference filed on July 19, 2005.

3

4  DATED:  June _____, 2006                    SHARTSIS FRIESE LLP

5

6                                                By /s/ Zesara C. Chan
                                                        ZESARA C. CHAN
7

8                                                Attorneys for Defendants
                                                COMMONWEALTH LAND TITLE INSURANCE
9                                                COMPANY AND TRANSNATION TITLE
                                                INSURANCE COMPANY (mistakenly named as
10                                               TRANSAMERICA TITLE INSURANCE
                                                COMPANY)
11

12 DATED:  June _____, 2006                    LAW OFFICES OF RUSSELL A. ROBINSON

13

14                                               By /s/ Russel A. Robinson
                                                        RUSSELL A. ROBINSON
15

16                                               Attorneys for Plaintiff
                                                JOHN JENKINS
17

18                                    **ORDER**

19          **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

20 DATED:  __June 27_____, 2006

21

22

23                                        _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE
24  4585\003\ZCHAN\1362973.2

25

26

27

28

Case No. C 05    [PROPOSED] ORDER PURSUANT TO STIPULATION TO EXTEND TIME TO
2946 CRB              RESPOND TO CORRECTED FIRST AMENDED COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3598