Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526
E-mail: rarcases@yahoo.com

Attorney for Plaintiff
JOHN JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN JENKINS,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA FEDERAL LOAN ASSOC., et al.,<br><br>   Defendants. | No.   C-05-2946-CRB<br><br>**STIPULATION TO PERMIT PLAINTIFF'S OPPOSITION TO BE FILED TWENTY-ONE DAYS BEFORE NEW HEARING DATE; ORDER [DEMAND FOR JURY TRIAL]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in view of the fact that the Court has re-set the August 25, 2006, hearing to September 8, 2006, the parties hereto, through counsel of record, hereby stipulate that Plaintiff's Opposition to the Motion to Dismiss or for More Definite Statement filed by Defendant First American Property and Casualty Insurance Company may be filed on August 18, 2006, a date based on the new hearing date of September 8, 2006, with any reply due August 25, 2006, a date 14 days before the new hearing date. The new hearing date and new deadlines coincide with motions filed by other defendants in this action.

Dated: August __, 2006                       /s/   Russell A. Robinson
                                         By:    Russell A. Robinson
                                                Law Office of Russell A. Robinson
                                                Counsel for Plaintiff JOHN JENKINS

1 | Dated: August __, 2006

                /s/   Bryan Matthew Kreft
By:   Bryan Matthew Kreft
Steyer, Lowenthal, Boodrookas, Alvarez & Smith
Counsel for Defendant First American Property and Casualty Insurance Company

## ORDER

Good cause appearing,

It is hereby ordered that Plaintiff's Opposition to the Motion to Dismiss or for More Definite Statement filed by Defendant First American Property and Casualty Insurance Company may be filed on August 18, 2006, a date based on the new hearing date of September 8, 2006, with any reply due August 25, 2006, a date 14 days before the new hearing date.

**IT IS SO ORDERED.**

Dated: August 02, 2006

_____
Honorable CHARLES R. BREYER
USDC, Northern District of California

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]

*Jenkins v. Cal.. Fed., et al.* (No. C-05-2946-CRB)
STIPULATION TO PERMIT PLAINTIFF'S OPP. TO BE FILED
TWENTY-ONE DAYS BEFORE NEW HEARING DATE; ORDER - 2 -