1  SHARTSIS FRIESE LLP
   JOEL ZELDIN  (Bar #111860)
2  ZESARA C. CHAN (Bar #136302)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  jzeldin@sflaw.com
5  Email:  zchan@sflaw.com

6  Attorneys for Defendants
   COMMONWEALTH LAND TITLE INSURANCE
7  COMPANY AND TRANSNATION TITLE
   INSURANCE COMPANY (mistakenly named as
8  TRANSAMERICA TITLE INSURANCE
   COMPANY)

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  JOHN JENKINS,                          Case No.  C05-2946 CRB
                                           (Related to Case No. 01-2568 CRB by Order
14              Plaintiff,                 dated January 3, 2006)

15  v.                                     ~~[PROPOSED]~~
                                           **ORDER PURSUANT TO STIPULATION
16  CALIFORNIA FEDERAL LOAN                RE CHANGE OF HEARING DATE AND
    ASSOC.; BERKELEY FEDERAL BANK          BRIEFING SCHEDULE**
17  AND TRUST, also known as "OCWEN
    FEDERAL BANK"; GWEN                    Corrected First Amended
18  BROADWAY; TERESA RICHARDSON;           Complaint Filed:     December 20, 2005
    GOLDEN STATE REALTY, also known
19  as "PACIFIC INTERNATIONAL
    PROPERTIES, INC.";
20  COMMONWEALTH LAND TITLE
    INSURANCE COMPANY, INC.; DAVID
21  BURCHARD; EDWARD WALSH;
    TRANSAMERICA TITLE INSURANCE
22  COMPANY; FIDELITY NATIONAL
    TITLE INSURANCE COMPANY; FIRST
23  AMERICAN PROPERTY AND
    CASUALTY INSURANCE COMPANY;
24  CALIFORNIA TRUST DEEDS, INC.;
    DOOR TO DOOR STORAGE, INC.; and
25  DOES 1-100,

26              Defendants.

27

28

                              - 1 -
   Case No.        [PROPOSED] ORDER PURSUANT TO STIPULATION RE
   C05-2946 CRB    CHANGE OF HEARING DATE AND BRIEFING SCHEDULE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 9   4111

1      WHEREAS, certain defendants have already filed various motions to dismiss pursuant to

2  Federal Rule of Civil Procedure 12 and other motions, including, but not limited to, motions filed

3  by COMMONWEALTH LAND TITLE INSURANCE COMPANY AND TRANSNATION

4  TITLE INSURANCE COMPANY (mistakenly named as TRANSAMERICA TITLE

5  INSURANCE COMPANY) (collectively, the "Commonwealth Defendants"); defendant Ocwen

6  Loan Servicing LLC, successor to Ocwen Federal Bank FSB, successor to Berkeley Federal Bank

7  and Trust FSB, mistakenly sued herein as Berkeley Federal Bank and Trust, also known as

8  Ocwen Federal Bank (collectively, "Ocwen"); and defendant Fidelity National Title Insurance

9  Company ("Fidelity Title") which are pending before this Court (collectively, the "Motions");

10      WHEREAS, the Court has indicated that it wishes to consider the Motions and hold one

11  hearing on all the Motions;

12      WHEREAS, the parties hereto have agreed to a briefing schedule in connection to the

13  Motions and jointly hereby respectfully request a continuance of the hearing related to such

14  Motions from September 29, 2006, to October 20, 2006;

15      WHEREAS, Ocwen, whose counsel is located in Orange County, California and also

16  requests that the Court allow its counsel to appear by telephone at the hearing on the Motions.

17      Pursuant to Local Rules 6-2 and 7-12 and the matters stated herein, the parties, by and

18  through counsel, hereby stipulate and jointly request as follows:

19      1.    Plaintiff John Jenkin's opposition to the pending Motions filed by each the

20  Commonwealth Defendants, Ocwen and Fidelity Title shall be electronically filed on or before

21  September 11, 2006;

22      2.    The Commonwealth Defendants, defendant Ocwen, and defendant Fidelity Title

23  shall each electronically file any reply to Plaintiff's opposition in connection with their respective

24  Motions on or before September 26, 2006;

25      3.    Pursuant to this Stipulation and the joint request of counsel herein, the hearing on

26  such Motions shall be continued from September 29, 2006, to October 20, 2006 at 10:00am or as

27  soon thereafter as may be heard, in Courtroom 8 of the above-reference Court, located at 450

28  Golden Gate Avenue, San Francisco, California;

SHART SIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 9 4111

- 2 -

Case No.
C05-2946 CRB

[PROPOSED] ORDER PURSUANT TO STIPULATION RE
CHANGE OF HEARING DATE AND BRIEFING SCHEDULE

1    4.    Counsel for Ocwen may appear telephonically for the hearing on such Motions;

2    5.    There has been no previous time modifications jointly requested by these

3  defendants in this action, either by stipulation or order of the Court;

4  / / /

5  / / /

6  / / /

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Case No.
C05-2946 CRB

[PROPOSED] ORDER PURSUANT TO STIPULATION RE
CHANGE OF HEARING DATE AND BRIEFING SCHEDULE

SHART SIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 9  4111

1    6.    This Stipulation does not modify the dates initially set under the Order Setting

2  Initial Case Management Conference filed on July 19, 2005.

3  DATED:    September 1, 2006    SHARTSIS FRIESE LLP

4

5                          By:_____ /s/ Zesara C. Chan_____
                                  ZESARA C. CHAN
6
                           Attorneys for Defendants
7                          COMMONWEALTH LAND TITLE INSURANCE
                           COMPANY AND TRANSNATION TITLE
8                          INSURANCE COMPANY (mistakenly named as
                           TRANSAMERICA TITLE INSURANCE
9                          COMPANY)

10  DATED:    August ___, 2006    LAW OFFICES OF RUSSELL A. ROBINSON

11

12                         BY:_____ /s/ Russell A. Robinson_____
                                  RUSSELL A. ROBINSON
13
                           Attorneys For Plaintiff
14                         JOHN JENKINS

15  DATED:    August ___, 2006    HOUSER & ALLISON

16

17                         BY:_____ /s/ Jeffrey S. Allison_____
                                  JEFFREY S. ALLISON
18
                           Attorneys For Defendant
19                         OCWEN

20  DATED:    August ___, 2006    LAW OFFICES OF JAMES H. DUNCAN, JR.

21

22                         BY:__._____ /s/ James H. Duncan, Jr._____
                                  JAMES H. DUNCAN, JR.
23
                           Attorneys For Defendant
24                         FIDELITY NATIONAL TITLE INSURANCE CO.

25

26  / / /

27  / / /

28

- 4 -

1

**ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

DATED:  September 6  , 2006

4

5

6

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

7

8

4585\003\ZCHAN\1380993.1

IT IS SO ORDERED

Judge Charles R. Breyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHART SIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  9    4111

- 5 -

Case No.
C05-2946 CRB

[PROPOSED] ORDER PURSUANT TO STIPULATION RE
CHANGE OF HEARING DATE AND BRIEFING SCHEDULE