Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526
E-mail: rarcases@yahoo.com

Attorney for Plaintiff
JOHN JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN JENKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA FEDERAL LOAN ASSOC., et al.,<br><br>　　　　Defendants. | No.　C-05-2946-CRB<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT FIRST AMERICAN PROPERTY & CASUALTY COMPANY; ORDER**<br>**[Jury Trial Demanded]** |

## NOTICE

PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that he is dismissing without prejudice the following named defendant:

**FIRST AMERICAN PROPERTY & CASUALTY COMPANY**

Date:　September 11, 2006　　　　　　　　　　/s/ Russell A. Robinson
　　　　　　　　　　　　　　　　　　　Law Office of Russell A. Robinson, APC
　　　　　　　　　　　　　　　　　　　By:　Russell A. Robinson
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　JOHN JENKINS

*Jenkins v. Cal.. Fed., et al.* (No. C-05-2946-CRB)
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF
DEFENDANT FIRST AMERICAN PROPERTY &
CASUALTY COMPANY; ORDER

1 **ORDER**

2 Good cause appearing,

3 **IT IS SO ORDERED.**

4

5 Dated: ~~August~~ Sept. 12, 2006

_____
Honorable CHARLES R. BREYER
Judge of the USDC, Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

26 *Jenkins v. Cal.. Fed., et al.* (No. C-05-2946-CRB)
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF
DEFENDANT FIRST AMERICAN PROPERTY &
CASUALTY COMPANY; ORDER

- 2 -