Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526
E-mail: rarcases@yahoo.com

Attorney for Plaintiff
JOHN JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN JENKINS, | ) No.    C-05-2946-CRB |
| Plaintiff, | ) **NOTICE OF DISMISSAL, WITHOUT** |
| | ) **PREJUDICE, OF DEFENDANT** |
| v. | ) **FIDELITY NATIONAL TITLE** |
| | ) **INSURANCE COMPANY; ORDER** |
| CALIFORNIA FEDERAL LOAN ASSOC., et al., | ) **[Jury Trial Demanded]** |
| Defendants. | ) |

**NOTICE**

PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that he is dismissing without prejudice the following named defendant:

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**

Date:   October 19, 2006                      /s/ Russell A. Robinson
                                    Law Office of Russell A. Robinson, APC
                                    By:     Russell A. Robinson
                                    Attorneys for Plaintiff
                                    JOHN JENKINS

1

**ORDER**

2

Good cause appearing,

3

**IT IS SO ORDERED.**

4

5

Dated: October 20 2006

_____
Honorable CHARLES R. BREYER
Judge of the USDC, Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Jenkins v. Cal.. Fed., et al.* (No. C-05-2946-CRB)
NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF
DEFENDANT FIDELITY NATIONAL TITLE
INSURANCE COMPANY; ORDER

- 2 -